**Order entered October 3, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00233-CV

### BAYLOR UNIVERSITY MEDICAL CENTER, ET AL., Appellants

### V.

### FRITZ ASCHE, ET AL., Appellees

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-15-00010-2**

## ORDER

We **GRANT** appellants' September 29, 2016 unopposed motion for extension of time to file a reply brief and extend the time to November 9, 2016.

/s/     CRAIG STODDART
        JUSTICE